UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, November 4, 2010         Time: 6 mins
**Case Number:** CR-09-01212-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**     **UNITED STATES OF AMERICA V. JOHN TERZAKIS, ET AL**

|  PLAINTIFF  |  DEFENDANTS  |
|---|---|
|  United States  |  1) John Terzakis  |
|                 |  2) Robert Estupinian  |

**Attorneys Present:** Daniel Kaleba         **Attorneys Present:** Cynthia Lie, James Reilly
                                                                    Robert Lyons

---

PROCEEDINGS:

   Further status review held. Counsel and defendants are present. Robert Lyons substitutes-in as attorney for defendant John Terzakis and Nick Humy is relieved. Continued to 1/6/11 at 9:00 a.m. for further status review. 63 days are excluded for the reasons stated. The trial dates are vacated.