**SUMMIT DEFENSE**
**A Professional Law Corporation**
**JAMES T. REILLY, Attorney at Law**
**California State Bar No. 67254**
**102 Washington Avenue**
**Point Richmond CA 94801**

**Telephone:  510-412-8900**
**     Fax:  510-439-2855**
**email:  jim@summitdefense.com**

**Attorneys for Defendant**


                **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Case No. CR 09-01212 JF** |
| | **:** | |
| **Plaintiff,** | **:** | **STIPULATION AND ~~(PROPOSED)~~** |
| | **:** | **ORDER TO CONTINUE STATUS** |
| **vs.** | **:** | **CONFERENCE AND TRIAL SETTING** |
| | **:** | |
| **ROBERT E. ESTUPINIAN,** | **:** | **Thursday, January 6, 2011** |
| | **:** | **Time:  9:00 am** |
| **Defendant.** | **:** | **Courtroom 3 (Judge Fogel)** |
| | **:** | |

     This matter is currently scheduled for status conference and trial setting as set forth above.

     Due to the death of Mr. Estupinian's father on December 30, 2011, and the necessity of making funeral arrangements and caring for his mother, counsel for Mr. Estupinian consulted with Assistant United States Attorney Daniel Kaleba regarding a stipulated continuance of the currently set date to 9:00 am, Thursday, January 27, 2011.

     Mr. Kaleba agreed to the requested continuance to accommodate Mr. Estupinian's personal situation and to allow time for completion of a plea agreement for presentation to the court at that time.

Therefore, the parties jointly stipulate that this matter be continued until 9:00 am, Thursday, January 27, 2011.

DATED:   January 4, 2011                    _____/S/_____
                                            JAMES T. REILLY, Attorney at Law
                                            Counsel for ROBERT E. ESTUPINIAN

DATED:   January 4, 2011           JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                            _____/S/_____
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:   1/6/11
         _____        _____
                                 The HONORABLE JEREMY FOGEL
                                 UNITED STATES JUDGE
                                 NORTHERN DISTRICT OF CALIFORNIA
                                 SAN JOSE DIVISION

**CR 09-01212 JF**
**STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE AND TRIAL SETTING**