MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA B. KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 09-01212 JF |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| ROBERT ESTUPINIAN, | ) | |
| Defendant. | ) | |

On February 2, 2011, defendant Robert Estupinian and the United States Attorney's Office for the Northern District of California entered into a written plea agreement.  Mr. Estupinian agreed to cooperate with the government, and his cooperation includes assisting the government in the prosecution of the defendant in the above entitled matter, *United States v. Terzakis, et al.*, CR 09-01212 JF (the *Terzakis* matter).  Peter Ye, a co-defendant in a related case also entered into a cooperation plea agreement with the government.  Mr. Estupinian and Mr. Ye are currently scheduled to be sentenced on June 9, 2011.

Jury trial in the *Terzakis* matter has been continued at the request of the defendant, Mr. Terzakis, due to the substitution of new defense counsel.  The next appearance in the *Terzakis* matter is June 9, 2011 for trial setting or disposition.

*Stipulation to Continue Sentencing*
CR 09-01212 JF

1   In order for Mr. Estupinian to provide ongoing assistance in the *Terzakis* matter, and to
2   allow the Court to consider additional information relevant to sentencing, the parties jointly
3   stipulate and request that this Court continue the sentencing of Mr. Estupinian.  The parties also
4   jointly propose that the Court convert the June 9, 2011 appearance to a status appearance, with
5   the expectation that the scheduling issues in the *Terzakis* matter will become clearer on that date.

7   Dated: May 18, 2011                        Respectfully submitted,
8                                              MELINDA HAAG
                                               United States Attorney

11                                             /s/
                                               DANIEL R. KALEBA
                                               Assistant United States Attorney

14  Dated: May 20, 2011                        /s/
                                               JAMES T. REILLY
15                                             Attorney for Robert Estupinian

18   Based on the above, and for good cause shown,
19   IT IS HEREBY ORDERED:
20   That the June 9, 2011 sentencing of Robert Estupinian is hereby continued.  The parties
21  are to appear before this Court on June 9, 2011 at 9:00 a.m. for further status on sentencing.

25  Dated:  6/8/11                             [signature]
                                               HON. JEREMY FOGEL
26                                             United States District Judge

*Stipulation to Continue Sentencing*
CR 09-01212 JF                               2