```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787

Attorneys for Defendant ROBERT ESTUPINIAN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-01212-2 |
| Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE SENTENCING |
| vs. | |
| ROBERT E. ESTUPINIAN, | |
| Defendant. | |

Sentencing for Defendant ROBERT ESTUPINIAN is currently scheduled for 10:00 am, Thursday, October 11, 2012.

Pursuant to Mr. Estupinian's plea agreement in this matter, he is continuing to cooperate with the government with respect to an unrelated on-going criminal investigation.

In order to allow Mr. Estupinian to provide continuing assistance in that investigation, and to allow both Mr. Estupinian and the government to present to the court additional information in that regard which is relevant to his sentencing in this matter, the parties jointly stipulate and request that this Court continue the sentencing of Mr. Estupinian.

**Stipulation and [] Order to Continue Sentencing**
CR 09-01212
-1-

1  The sentencing hearing for co-defendant Peter Ye is currently
2  scheduled for 10:00 am, Thursday, S~{æ↑âæãÁF5, 2012.  The parties
3  therefore jointly propose that the court vacate the currently
4  scheduled sentencing date for Mr. Estupinian and continue his
5  
6  sentencing to 10:00 am, Thursday, S~{æ↑âæãÁFI, 2012.
7  
8  Date:  October 9, 2012          Respectfully submitted,
9  
10 
11                      _____/s/_____
12                      JAMES T. REILLY, Attorney at Law
                        California State Bar No. 67254
13                      Counsel for Defendant ROBERT E. ESTUPINIAN
14 
15                      _____/s/_____
16                      DANIEL R. KALEBA
                        Assistant United States Attorney
17                      Counsel for Plaintiff UNITED STATES OF AMERICA
18 
19 
20     Based on the above and for good cause shown,
21     IT IS HEREBY ORDERED:
22     That the October 11, 2012, sentencing date for Robert Estupinian
23 is vacated and his sentencing is continued to 10:00 am, Thursday, Á
24 
25  S~{æ↑âæãÁFIÊÁG012.
26 
27 Dated:  _____F€D€DG_____    _____
28                                       The HONORABLE D. LOWELL JENSEN
                                         UNITED STATES DISTRICT JUDGE