```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787

Attorneys for Defendant ROBERT ESTUPINIAN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. ESTUPINIAN,<br><br>Defendant. | Case No. CR 09-01212JF-2<br><br>STIPULATION AND [] ORDER PERMITTING TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |

Defendant ROBERT ESTUPINIAN hereby submits the following stipulation and (proposed) order permitting travel outside the Northern District of California.

Mr. Estupinian desires to travel outside the Northern District of California as set forth below and hereby respectfully requests that the court enter its order permitting the travel on the stated terms:

1) Travel for business for one day during which he would fly to Los Angeles on Southwest Airlines and return the same day. The purpose of the trip is to meet with Mr. Craig Rexroad regarding marketing of an information product.

2) Travel for a family vacation to Southern California, sometime between December 15, 2012, and January 15, 2013. Mr. Estupinian and his family would leave on a Thursday and return the following Tuesday. They would fly to Disneyland in Anaheim, stay at the Disneyland resort hotel. This travel would all be contingent on Mr. Estupinian either not having yet been sentenced at that time, or that the travel would be completed prior to any report date to begin serving any sentence which is imposed.

Travel in each case would be subject to Mr. Estupinian advising in advance, and coordinating his travel arrangements with, his Pretrial Services Officer, Mr. Anthony Granados.

Sentencing for Mr. Estupinian is currently scheduled for 10:00 am, Thursday, November 15, 2012.

AUSA Daniel Kaleba has advised defense counsel that he has no objection to the requested travel and therefore stipulates to the issuance of the requested order.

Date:   October 28, 2012          Respectfully submitted,


                                   _____/s/_____

                                   JAMES T. REILLY, Attorney at Law
                                   California State Bar No. 67254
                                   Counsel for Defendant ROBERT E. ESTUPINIAN


                                   _____/s/_____

                                   DANIEL R. KALEBA
                                   Assistant United States Attorney
                                   Counsel for Plaintiff UNITED STATES OF AMERICA

1   Based on the foregoing stipulation and for good cause shown,
2   IT IS HEREBY ORDERED:
3   That Mr. Estupinian is permitted to:
4   1) Travel for business for one day during which he would be fly
5   to Los Angeles on Southwest Airlines and return the same day, for the
6   purpose of meeting with Mr. Craig Rexroad regarding marketing of an
7   information product.
8   2) Travel for a family vacation to Southern California,
9   sometime between December 15, 2012, and January 15, 2013.  Mr.
10  Estupinian and his family may leave on a Thursday and return the
11  following Tuesday, fly to Disneyland in Anaheim, and stay at the
12  Disneyland resort hotel.  This travel is contingent on Mr. Estupinian
13  either not having yet been sentenced at that time, or that the travel
14  would be completed prior to any report date to begin serving any
15  sentence which is imposed.
16  Travel in each case is subject to Mr. Estupinian advising in
17  advance, and coordinating his travel arrangements with, his Pretrial
18  Services Officer, Mr. Anthony Granados.

IT IS SO ORDERED.

Dated: _____    _____
                                 The HONORABLE D. LOWELL JENSEN
                                 UNITED STATES DISTRICT JUDGE